UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED 5/5/2026

JAMES CASEY,

     Plaintiff,

   -against-

WILLIAM GRANT AND SONS, INC., GRANT
MCKENZIE, and GLENN GORDON,

     Defendants.

26-CV-03700 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On May 5, 2026, Plaintiff moved pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order seeking to restrain and enjoin Defendant William Grant and Sons from enforcing a non-compete provision in his employment agreement.  Dkt. No. 6.  Defendant's deadline to oppose the motion is **May 7, 2026**.  The Court will hold a hearing on the motion on **May 11, 2026** at **2:00 P.M.** in Courtroom 1105 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  The parties may modify this schedule on consent, and if they do so, should notify the Court promptly.

Plaintiff is directed to serve this Order on counsel for William Grant and Sons by emailing Phillip Berkowitz at pberkowitz@littler.com and filing proof of such service on the docket.

Dated: May 5, 2026
   New York, New York

       SO ORDERED.

        MARGARET M. GARNETT
        United States District Judge