

**Littler Mendelson P.C.**
80 Linden Oaks, Suite 210
Rochester, NY 14625

Katharine Lennox
585.203.3426 direct
585.203.3400 main
585.203.3414 fax
klennox@littler.com

June 18, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    **Request to Adjourn Initial Pretrial Conference, Extend Responsive Pleading Deadlines and Set Briefing Schedule**
       *James Casey v. William Grant and Sons, Inc., Grant McKenzie, and Glenn Gordon*
       **Civil Action No. 1:26-cv-03700**

Dear Judge Garnett:

This Firm represents William Grant and Sons, Inc. ("WG&S") and has also made a limited appearance for individual defendants Grant McKenzie and Glenn Gordon (the "Individual Defendants")[1] for purposes of filing the forthcoming motion to dismiss discussed herein.

Defendants write jointly with Plaintiff James Casey to request that the Court: (1) extend Defendants' responsive pleading deadlines; (2) enter the Parties' proposed briefing schedule with respect to the forthcoming motions to dismiss; and (3) adjourn the previously scheduled initial pretrial conference to a later date that is convenient for the Court. Defendants file this letter and make the requests discussed herein while fully preserving, maintaining and not waiving any and all defenses, including personal jurisdiction and service defenses.

Plaintiff recently filed affidavits of service with respect to Defendants, which per Dkt. Nos. 23-25, set WG&S's responsive pleading deadline as June 22, 2026, and the Individual Defendants' responsive pleading deadlines as July 6, 2026. Defendants first received notice from Plaintiff of the affidavits of service on June 16, 2026. The Parties discussed the aforementioned responsive pleading deadlines, and Defendants request, with Plaintiff's agreement, that the Court extend Defendants' responsive pleading deadlines to August 6, 2026 (which is 45 days from WG&S responsive pleading deadline), at which time Defendants currently anticipate answering Plaintiff's Complaint on behalf of WG&S and filing a motion to dismiss on behalf of the Individual Defendants based on defenses including, but not limited to, lack of personal jurisdiction over the individual defendants and insufficient service of process. Defendants require this extension as

---

[1] WG&S collectively with the Individual Defendants are referred to herein as "Defendants."

littler.com

Honorable Margaret M. Garnett, U.S.D.J.
June 18, 2026
Page 2

they are in need of additional time to review the allegations, investigate the underlying facts, and more fully evaluate and prepare responsive pleadings with their defenses, including those discussed *supra*. Defendants move the Court for this extension of time pursuant to Fed. R. Civ. Pro. 6(b)(1)(a) and the Court's Individual Rules & Practices. This is Defendants' first request for an extension of time, it will not impact any other deadlines and Plaintiff consents to this request.

With respect to any motions to dismiss, including the Individual Defendants' motion to dismiss, the Parties also discussed the following proposed briefing schedule:

- Opening motion filed August 6, 2026;

- Plaintiff's response due September 7, 2026;

- Defendants' reply due September 22, 2026.

The Parties respectfully request that the Court enter this proposed briefing schedule with respect to any motions to dismiss that the Defendants' file.

Lastly, as a result of scheduling conflicts, the Parties request that the Court adjourn the Initial Pretrial Conference previously scheduled for July 9. 2026 to a date during the week of July 13, 2026 or a date thereafter that is convenient for the Court.

We thank the Court for its time and consideration of these requests.

Respectfully submitted,

*/s/ Katherine Lennox*

Katherine Lennox

cc:    All Counsel of Record (via ECF)

littler.com