Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-1627
Direct Fax: 718 425-8968

sclark@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Emily Huang
Zachary S. Kaplan
James Y. Kim*
Natalia R. LaMorta
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Ashley Rajakaruna
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Christian Schlegel
Lantao Sun
Clifford R. Tucker*
William W. Wallis*
Michael S. Warycha
Roger Wong
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

Sent Via ECF
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

September 4, 2026

*Re: James Casey v. William Grant & Sons et al -- 1:26-cv-03700*

Judge Garnett,

We represent Plaintiff James Casey ("Plaintiff") and write jointly with Defendants to adjust the briefing schedule the parties had previously agreed to regarding Defendants' motion to dismiss based on an alleged lack of personal jurisdiction. In light of the Labor Day holiday, the parties have agreed that Plaintiff's time to respond will be extended by one day until September 8, 2026, and Defendants' time to reply will also be extended by one day until September 23, 2026.

Thank you for your time and consideration of this matter.

SACCO & FILLAS, LLP

Scott William Clark

Scott William Clark, Esq.
*Attorney for Plaintiff*
*James Casey*
3119 Newtown Ave
Astoria, New York 11102
Tel: 718- 269-1627
sclark@SaccoFillas.com